FILED
2017 Aug-14  AM 11:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

EXHIBIT A

DOCUMENT 1

ELECTRONICALLY FILED
7/7/2017 2:58 PM
47-CV-2017-901159.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET<br>CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Ca:<br>47<br><br>Date of Filing:<br>07/07/2017 | Judge Code: |
|---|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA
### CORA MARSHALL v. CARRABBA'S ITALIAN GRILL, LLC

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/<br>Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER
R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO
Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
AUF001

7/7/2017 2:58:44 PM
Date

/s/ MICHAEL E AUFFENORDE
Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

DOCUMENT 2



ELECTRONICALLY FILED
7/7/2017 2:58 PM
47-CV-2017-901159.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

## IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

| | | |
|---|---|---|
| CORA MARSHALL, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| v. | ) | |
| | ) | |
| CARRABBA'S ITALIAN GRILL, LLC, | ) | **JURY DEMAND** |

**And Fictitious Parties No. 1** whether singular or plural, Plaintiff hereby intending to designate that entity or those entities who or which are owners of the premises operating as Carrabba's Italian Grill located at 2801 Memorial Pkwy SW, **Huntsville, Alabama; No. 2**, whether singular or plural, Plaintiff hereby intending to designate that entity or those entities who or which are lessor of said premises; **No. 3**, whether singular or plural, Plaintiff hereby intending to designate that entity or those entities who or which are lessees of said premises; **No. 4**, whether singular or plural, Plaintiff hereby intending to designate that entity or those entities who or which provided maintenance or upkeep of said premises; **No. 5**, whether singular or plural, Plaintiff hereby intending to designate that entity or those entities who or which have any interest in said premises, made the basis of this suit; **No. 6**, whether singular or plural, Plaintiff hereby intending to designate that entity or those entities who or which exercised control over said premises; **No. 7**, whether singular or plural, Plaintiff hereby intending to designate that entity or those entities who or which were doing business as **Carrabba's Italian Grill**, at **2801 Memorial Pkwy SW, Huntsville, Alabama; No. 8**, whether singular or plural, Plaintiff hereby intending to designate that entity or those entities who or which negligently or wantonly caused injury to the Plaintiff on or about January 17, 2016; **No. 9**, whether singular or plural, Plaintiff hereby intending to designate that entity or those entities who or which breached an implied or express contract with Plaintiff. Plaintiff avers that the identity of the fictitious party defendants is otherwise unknown to Plaintiff at this time, but their true names will be substituted by amendment when the aforesaid lacking knowledge is ascertained,

| | |
|---|---|
| | ) |
| **Defendants.** | ) |

## C O M P L A I N T

### PARTIES

1.     Plaintiff, CORA MARSHALL, is an adult individual residing in the Huntsville, Madison County, Alabama.   Defendant, CARRABBA'S ITALIAN GRILL, LLC, is a corporation doing business in Madison County, Alabama at all relevant times.

### STATEMENT OF FACTS

2.  Plaintiff, CORA MARSHALL, avers that on or about January 17, 2016, she came

DOCUMENT 2

with members of her family to purchase a meal as part of a family celebration, and therefore she was a business invitee on the premises of Carrabba's Italian Grill, located at 2801 Memorial Pkwy SW, Huntsville, Alabama, on property owned, operated, maintained and/or managed by Defendant, CARRABBA'S ITALIAN GRILL, LLC, and/or fictitious parties 1, 2, 3, 4, 5, 6, 7, 8 and 9.   On January 17, 2016, Plaintiff, CORA MARSHALL, was walking to the restroom through a hallway which shared access to the kitchen and which was traversed regularly by employees who were carrying liquids.   As she walked down the hallway she was suddenly caused to slip and fall by a clear puddle of liquid that had been allowed to lie on the floor without any indication of its presence or warning that the liquid was there. CORA MARSHALL was caused to slip forward and then fall backward onto her left knee such that her lower left leg ended up under her right leg. CORA MARSHALL was not able to get up from the floor and had to wait for an ambulance to arrive to be assisted onto a stretcher.   Due to the location of the restaurant on the second floor of the Parkway City Mall shopping center, the ambulance personnel were unable to come directly to the location of CORA MARSHALL and had to access the restaurant from inside the Mall.   During this time, it was noted that she could not be evacuated from the premises by the back door because it required passing through the kitchen and the floor of the kitchen on Defendant's premises was in a hazardous condition because of the presence of water and other liquids and grease on the floor. As a result, security for the Mall had to open side doors into the general Mall for her to be taken to the hospital. Plaintiff, CORA MARSHALL, was given no warning of the hazardous condition of the premises prior to her fall. As a proximate cause of the accident, Plaintiff CORA MARSHALL was caused to be injured and damaged as set out in Paragraph 4 herein.

## COUNT ONE
## NEGLIGENCE

DOCUMENT 2

3.  The Plaintiff adopts and re-alleges and incorporates by reference Paragraphs 1 - 2 as if fully set out in specific detail herein.

4.  Plaintiff, CORA MARSHALL, avers that on or about January 17, 2016, Defendant CARRABBA'S ITALIAN GRILL, LLC, and/or fictitious parties 1, 2, 3, 4, 5, 6, 7, 8 and 9 negligently maintained the premises of CARRABBA'S ITALIAN GRILL, located at 2801 Memorial Pkwy SW, Huntsville, Alabama, so it was not reasonably safe for members of the public, including Plaintiff CORA MARSHALL. Upon information and belief, Defendant CARRABBA'S ITALIAN GRILL, LLC, and/or fictitious parties 1, 2, 3, 4, 5, 6, 7, 8 and 9, were on notice of liquid puddles on the floor where Plaintiff was caused to fall, and permitted the puddle(s) of water to lie on the floor, with no signs warning the public of the danger. The Defendant CARRABBA'S ITALIAN GRILL, LLC, and/or fictitious parties 1, 2, 3, 4, 5, 6, 7, 8, and 9, at that time, were aware of the unsafe condition, or it had existed for a sufficiently long enough time so that the Defendant should have been aware or was negligent in failing to discover the unsafe condition. Defendant was negligent in failing to give due notice of the unsafe condition. As a direct and/or proximate consequence of the aforesaid negligence of the Defendant, CARRABBA'S ITALIAN GRILL, LLC, and/or fictitious parties 1, 2, 3, 4, 5, 6, 7, 8, and 9, the Plaintiff, CORA MARSHALL, was caused to be injured as follows:

(a)  Plaintiff was caused to suffer injuries to her person, including her left knee, left leg and her body as a whole.

(b)  Plaintiff was caused to be permanently injured.

(c)  Plaintiff was caused and will be caused in the future to expend sums of money in the nature of doctor, hospital, drug and other expenses in and about an effort to heal and cure her injuries.

DOCUMENT 2

(d) Plaintiff was caused to undergo one or more surgical procedures, including a total knee replacement of her left knee.

(e) Plaintiff was caused and will be caused in the future to suffer physical pain, discomfort and mental anguish as a result of her injuries.

(f) Plaintiff was caused to suffer temporary total disability and a permanent partial disability.

(g) Plaintiff's capacity to enjoy life and to participate in social and physical activities has been severely reduced or eliminated.

## COUNT TWO
## WANTONNESS

5.  The Plaintiff re-alleges and incorporates by reference Paragraphs 1-4 as if fully set out in specific detail herein below.

6.  Plaintiff, CORA MARSHALL, avers that on or about January 17, 2016, Defendant CARRABBA'S ITALIAN GRILL, LLC, and/or fictitious parties 1, 2, 3, 4, 5, 6, 7, 8 and 9, wantonly maintained the premises of CARRABBA'S ITALIAN GRILL, located at 2801 Memorial Pkwy SW, Huntsville, Alabama, so it was not reasonably safe for members of the public, including Plaintiff CORA MARSHALL. Upon information and belief, Defendant CARRABBA'S ITALIAN GRILL, LLC, and/or fictitious parties 1, 2, 3, 4, 5, 6, 7, 8, and 9, were on notice of liquid puddles on the floor where Plaintiff was caused to fall, and permitted the puddle(s) of water to lie on the floor, with no signs warning the public of the danger. The Defendant CARRABBA'S ITALIAN GRILL, LLC, and/or fictitious parties 1, 2, 3, 4, 5, 6, 7, 8, and 9, at that time, were aware of the unsafe condition, or it had existed for a sufficiently long enough time so that the Defendant should have been aware or was wanton in failing to discover the unsafe condition. Defendant was wanton in failing to give due notice of the unsafe condition. As a direct and/or proximate consequence of the aforesaid wantonness of the Defendant,

DOCUMENT 2

CARRABBA'S ITALIAN GRILL, LLC, and/or fictitious parties 1, 2, 3, 4, 5, 6, 7, 8, and 9, the Plaintiff, CORA MARSHALL, was caused to be injured, as set out in paragraph 4 above.

## COUNT THREE
## BREACH OF CONTRACT

7.   The Plaintiff CORA MARSHALL re-alleges and incorporates by reference Paragraphs 1-6 as if fully set out in specific detail below.

8.   Plaintiff, CORA MARSHALL, avers that on or about January 17, 2016, she entered into an express or implied contract with Defendant, CARRABBA'S ITALIAN GRILL, LLC, to wit; that by entering the premises with members of her family to partake of a sit down eat-in meal on said premises and purchased from Defendant, and by engaging in activities consistent with such, a relationship was established as customer and proprietor between the Plaintiff and the Defendant.

9.   Defendant expressly or impliedly undertook as a material part of that relationship to provide reasonably safe premises for the purposes intended and used as a part of its contractual relationship with Plaintiff.

10.  On said occasion made the basis of this lawsuit, Defendant breached its express or implied contract with Plaintiff by allowing a liquid substance to accumulate and remain on a floor in a public area such that it could, and did, cause Plaintiff to fall and injure her person.

11.  As a direct and natural consequence of Defendant's breach of its express or implied contract, Plaintiff, CORA MARSHALL, was injured as set out in Paragraph 4 hereinabove.

## COUNT FOUR
## FICTITIOUS PARTIES

12. The Plaintiff re-alleges and incorporates by reference Paragraphs 1-11 as if fully set out in specific detail herein below.

DOCUMENT 2

13. Fictitious Defendants No. 1, No. 2 and No. 3 are the owners, lessors and lessees of the above described premises. Fictitious Defendant No. 4 is the entity or entities which provided cleaning, upkeep and/or maintenance of the business premises. Fictitious Defendants No. 5 and No. 6 are the entities which have any interest or control in the above-described business premises. Fictitious Defendant No. 7 is the entity or entities which were doing business as CARRABBA'S ITALIAN GRILL located at 2801 Memorial Pkwy SW, Huntsville, Alabama. Fictitious Defendant No. 8 is the entity or entities which negligently or wantonly caused injury to the Plaintiff on or about January 17, 2016. Fictitious Defendant No. 9 is the entity or entities who or which breached an implied or express contract with the Plaintiff. Plaintiff avers that one or all of these Defendants negligently or wantonly caused or allowed Plaintiff to be injured on the above date. Plaintiff avers that the identity of these fictitious Defendants is otherwise unknown to Plaintiff at this time, but their true names will be substituted by amendment when the aforesaid lacking knowledge is ascertained.

WHEREFORE PREMISES CONSIDERED, Plaintiff, CORA MARSHALL, demands judgment against the Defendants, jointly and severally, in such amounts as a jury shall award, including compensatory and punitive damages, interest and costs, and such equitable and further relief to which she is entitled.

s/*Michael E. Auffenorde*
MICHAEL E. AUFFENORDE
Attorney for Plaintiff

**PLAINTIFF HEREBY DEMANDS A TRIAL BY STRUCK JURY IN THIS CASE.**

s/*Michael E. Auffenorde*
MICHAEL E. AUFFENORDE

DOCUMENT 2

Of Counsel:
**MICHAEL E. AUFFENORDE, P.C.**
2409 Commerce Court, Suite B
Huntsville, Alabama 35801
(256) 533-5383
(256) 533-4833 facsimile
aalaw@bellsouth.net

PLAINTIFF'S ADDRESS:

CORA MARSHALL
c/o Michael E. Auffenorde
MICHAEL E. AUFFENORDE, P.C.
2409 Commerce Court, Suite B
Huntsville, Alabama 35801

DEFENDANT'S ADDRESS:

CARRABBA'S ITALIAN GRILL, LLC
c/o CT Corporation System
2 N Jackson St, Ste 605
Montgomery, AL 36104



AlaFile E-Notice

47-CV-2017-901159.00

To:  MICHAEL E AUFFENORDE
     aalaw@bellsouth.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

CORA MARSHALL V. CARRABBA'S ITALIAN GRILL, LLC
47-CV-2017-901159.00

The following complaint was FILED on 7/7/2017 2:59:10 PM

Notice Date:     7/7/2017 2:59:10 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2017-901159.00

To: CARRABBA'S ITALIAN GRILL, LLC
C/O CT CORPORATION SYSTEM
2 N JACKSON ST, STE 605
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

CORA MARSHALL V. CARRABBA'S ITALIAN GRILL, LLC
47-CV-2017-901159.00

The following complaint was FILED on 7/7/2017 2:59:10 PM

Notice Date:     7/7/2017 2:59:10 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>47-CV-2017-901159.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA
## CORA MARSHALL V. CARRABBA'S ITALIAN GRILL, LLC

NOTICE TO: CARRABBA'S ITALIAN GRILL, LLC, C/O CT CORPORATION SYSTEM 2 N JACKSON ST, STE 605, MONTGOMERY, AL 36104

<i>(Name and Address of Defendant)</i>

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
MICHAEL E AUFFENORDE

<i>(Name(s) of Attorney(s))</i>

WHOSE ADDRESS(ES) IS/ARE: 2409 COMMERCE COURT, SUITE B, HUNTSVILLE, AL 35801

<i>(Address(es) of Plaintiff(s) or Attorney(s))</i>

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

## TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of CORA MARSHALL
<i>(Name(s))</i>
pursuant to the Alabama Rules of Civil Procedure.

| 7/7/2017 2:59:10 PM | /s/ DEBRA KIZER | By: |
|---|---|---|
| <i>(Date)</i> | <i>(Signature of Clerk)</i> | <i>(Name)</i> |

☑ Certified Mail is hereby requested.       /s/ MICHAEL E AUFFENORDE
<i>(Plaintiff's/Attorney's Signature)</i>

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____
<i>(Date)</i>

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
<i>(Name of Person Served)</i>                              <i>(Name of County)</i>

Alabama on _____.
<i>(Date)</i>

| | |
|---|---|
| <i>(Type of Process Server)</i> | |
| <i>(Server's Signature)</i> | <i>(Address of Server)</i> |
| <i>(Server's Printed Name)</i> | <i>(Phone Number of Server)</i> |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Carrabba's Italian Grill, LLC
c/o CT Corporation System
2 N Jackson St, Ste 605
Montgomery, AL 36104



9590 9402 2644 6336 6004 88

2. Article Number (Transfer from service label)

7017 1070 0001 0450 1941

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Laura McHanay_           ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 ☐1·17

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

FILED IN OFFICE

JUL 26 2017

DEBRA KIZER
Clerk, Circuit Court Madison Co., AL

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    CV17-901159    Domestic Return Receipt





First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 2644 6336 6004 88

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box●

Circuit Court Clerk

Madison County Courthouse

100 Northside Square

Huntsville, AL 35801

CV17-901159



AlaFile E-Notice

47-CV-2017-901159.00

Judge: KAREN K HALL

To:  AUFFENORDE MICHAEL EVAN
     aalaw@bellsouth.net

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

CORA MARSHALL V. CARRABBA'S ITALIAN GRILL, LLC
47-CV-2017-901159.00

The following matter was served on 7/21/2017

**D001 CARRABBA'S ITALIAN GRILL, LLC**

**Corresponding To**

CERTIFIED MAIL

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390

DOCUMENT 7

ELECTRONICALLY FILED
7/7/2017 2:58 PM
47-CV-2017-901159.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET<br>CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Ca:<br>47<br><br>Date of Filing:<br>07/07/2017 | Judge Code: |
|---|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA
### CORA MARSHALL v. CARRABBA'S ITALIAN GRILL, LLC

**First Plaintiff:**  ☐ Business  ☑ Individual        **First Defendant:**  ☑ Business  ☐ Individual
☐ Government  ☐ Other                               ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>  Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/<br>  Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING        A ☐ APPEAL FROM<br>                                        DISTRICT COURT        O ☐ OTHER

            R ☐ REMANDED        T ☐ TRANSFERRED FROM<br>                                        OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**  ☑ YES  ☐ NO        Note: Checking "Yes" does not constitute a demand for a<br>jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**  ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

AUF001                          7/7/2017 2:58:44 PM                  /s/ MICHAEL E AUFFENORDE
                                          Date                          Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**  ☐ YES  ☑ NO  ☐ UNDECIDED

DOCUMENT 2



ELECTRONICALLY FILED
7/7/2017 2:58 PM
47-CV-2017-901159.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

## IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

CORA MARSHALL,    )
         )
  **Plaintiff,**    )
         )  **CIVIL ACTION NO.**
**v.**        )
         )
**CARRABBA'S ITALIAN GRILL, LLC,** )  **JURY DEMAND**

**And Fictitious Parties No. 1** whether singular or plural, Plaintiff hereby intending to designate that entity or those entities who or which are owners of the premises operating as Carrabba's Italian Grill located at 2801 Memorial Pkwy SW, **Huntsville, Alabama; No. 2,** whether singular or plural, Plaintiff hereby intending to designate that entity or those entities who or which are lessor of said premises; **No. 3,** whether singular or plural, Plaintiff hereby intending to designate that entity or those entities who or which are lessees of said premises; **No. 4,** whether singular or plural, Plaintiff hereby intending to designate that entity or those entities who or which provided maintenance or upkeep of said premises; **No. 5,** whether singular or plural, Plaintiff hereby intending to designate that entity or those entities who or which have any interest in said premises, made the basis of this suit; **No. 6,** whether singular or plural, Plaintiff hereby intending to designate that entity or those entities who or which exercised control over said premises; **No. 7,** whether singular or plural, Plaintiff hereby intending to designate that entity or those entities who or which were doing business as **Carrabba's Italian Grill,** at **2801 Memorial Pkwy SW, Huntsville, Alabama**; **No. 8,** whether singular or plural, Plaintiff hereby intending to designate that entity or those entities who or which negligently or wantonly caused injury to the Plaintiff on or about January 17, 2016; **No. 9,** whether singular or plural, Plaintiff hereby intending to designate that entity or those entities who or which breached an implied or express contract with Plaintiff. Plaintiff avers that the identity of the fictitious party defendants is otherwise unknown to Plaintiff at this time, but their true names will be substituted by amendment when the aforesaid lacking knowledge is ascertained,

         )
  **Defendants.**  )

## C O M P L A I N T

### PARTIES

1. Plaintiff, CORA MARSHALL, is an adult individual residing in the Huntsville, Madison County, Alabama.   Defendant, CARRABBA'S ITALIAN GRILL, LLC, is a corporation doing business in Madison County, Alabama at all relevant times.

### STATEMENT OF FACTS

2. Plaintiff, CORA MARSHALL, avers that on or about January 17, 2016, she came

DOCUMENT 2

with members of her family to purchase a meal as part of a family celebration, and therefore she was a business invitee on the premises of Carrabba's Italian Grill, located at 2801 Memorial Pkwy SW, Huntsville, Alabama, on property owned, operated, maintained and/or managed by Defendant, CARRABBA'S ITALIAN GRILL, LLC, and/or fictitious parties 1, 2, 3, 4, 5, 6, 7, 8 and 9.   On January 17, 2016, Plaintiff, CORA MARSHALL, was walking to the restroom through a hallway which shared access to the kitchen and which was traversed regularly by employees who were carrying liquids.   As she walked down the hallway she was suddenly caused to slip and fall by a clear puddle of liquid that had been allowed to lie on the floor without any indication of its presence or warning that the liquid was there. CORA MARSHALL was caused to slip forward and then fall backward onto her left knee such that her lower left leg ended up under her right leg. CORA MARSHALL was not able to get up from the floor and had to wait for an ambulance to arrive to be assisted onto a stretcher.   Due to the location of the restaurant on the second floor of the Parkway City Mall shopping center, the ambulance personnel were unable to come directly to the location of CORA MARSHALL and had to access the restaurant from inside the Mall.   During this time, it was noted that she could not be evacuated from the premises by the back door because it required passing through the kitchen and the floor of the kitchen on Defendant's premises was in a hazardous condition because of the presence of water and other liquids and grease on the floor. As a result, security for the Mall had to open side doors into the general Mall for her to be taken to the hospital. Plaintiff, CORA MARSHALL, was given no warning of the hazardous condition of the premises prior to her fall. As a proximate cause of the accident, Plaintiff CORA MARSHALL was caused to be injured and damaged as set out in Paragraph 4 herein.

## COUNT ONE
## NEGLIGENCE

3. The Plaintiff adopts and re-alleges and incorporates by reference Paragraphs 1 - 2 as if fully set out in specific detail herein.

4. Plaintiff, CORA MARSHALL, avers that on or about January 17, 2016, Defendant CARRABBA'S ITALIAN GRILL, LLC, and/or fictitious parties 1, 2, 3, 4, 5, 6, 7, 8 and 9 negligently maintained the premises of CARRABBA'S ITALIAN GRILL, located at 2801 Memorial Pkwy SW, Huntsville, Alabama, so it was not reasonably safe for members of the public, including Plaintiff CORA MARSHALL. Upon information and belief, Defendant CARRABBA'S ITALIAN GRILL, LLC, and/or fictitious parties 1, 2, 3, 4, 5, 6, 7, 8 and 9, were on notice of liquid puddles on the floor where Plaintiff was caused to fall, and permitted the puddle(s) of water to lie on the floor, with no signs warning the public of the danger.  The Defendant CARRABBA'S ITALIAN GRILL, LLC, and/or fictitious parties 1, 2, 3, 4, 5, 6, 7, 8, and 9, at that time, were aware of the unsafe condition, or it had existed for a sufficiently long enough time so that the Defendant should have been aware or was negligent in failing to discover the unsafe condition. Defendant was negligent in failing to give due notice of the unsafe condition. As a direct and/or proximate consequence of the aforesaid negligence of the Defendant, CARRABBA'S ITALIAN GRILL, LLC, and/or fictitious parties 1, 2, 3, 4, 5, 6, 7, 8, and 9, the Plaintiff, CORA MARSHALL, was caused to be injured as follows:

(a) Plaintiff was caused to suffer injuries to her person, including her left knee, left leg and her body as a whole.

(b) Plaintiff was caused to be permanently injured.

(c) Plaintiff was caused and will be caused in the future to expend sums of money in the nature of doctor, hospital, drug and other expenses in and about an effort to heal and cure her injuries.

(d) Plaintiff was caused to undergo one or more surgical procedures, including a total knee replacement of her left knee.

(e) Plaintiff was caused and will be caused in the future to suffer physical pain, discomfort and mental anguish as a result of her injuries.

(f) Plaintiff was caused to suffer temporary total disability and a permanent partial disability.

(g) Plaintiff's capacity to enjoy life and to participate in social and physical activities has been severely reduced or eliminated.

## <u>COUNT TWO</u>
## <u>WANTONNESS</u>

5. The Plaintiff re-alleges and incorporates by reference Paragraphs 1-4 as if fully set out in specific detail herein below.

6. Plaintiff, CORA MARSHALL, avers that on or about January 17, 2016, Defendant CARRABBA'S ITALIAN GRILL, LLC, and/or fictitious parties 1, 2, 3, 4, 5, 6, 7, 8 and 9, wantonly maintained the premises of CARRABBA'S ITALIAN GRILL, located at 2801 Memorial Pkwy SW, Huntsville, Alabama, so it was not reasonably safe for members of the public, including Plaintiff CORA MARSHALL. Upon information and belief, Defendant CARRABBA'S ITALIAN GRILL, LLC, and/or fictitious parties 1, 2, 3, 4, 5, 6, 7, 8, and 9, were on notice of liquid puddles on the floor where Plaintiff was caused to fall, and permitted the puddle(s) of water to lie on the floor, with no signs warning the public of the danger. The Defendant CARRABBA'S ITALIAN GRILL, LLC, and/or fictitious parties 1, 2, 3, 4, 5, 6, 7, 8, and 9, at that time, were aware of the unsafe condition, or it had existed for a sufficiently long enough time so that the Defendant should have been aware or was wanton in failing to discover the unsafe condition. Defendant was wanton in failing to give due notice of the unsafe condition. As a direct and/or proximate consequence of the aforesaid wantonness of the Defendant,

CARRABBA'S ITALIAN GRILL, LLC, and/or fictitious parties 1, 2, 3, 4, 5, 6, 7, 8, and 9, the

Plaintiff, CORA MARSHALL, was caused to be injured, as set out in paragraph 4 above.

## COUNT THREE
## BREACH OF CONTRACT

7.    The Plaintiff CORA MARSHALL re-alleges and incorporates by reference

Paragraphs 1-6 as if fully set out in specific detail below.

8.   Plaintiff, CORA MARSHALL, avers that on or about January 17, 2016, she entered

into an express or implied contract with Defendant, CARRABBA'S ITALIAN GRILL, LLC, to

wit; that by entering the premises with members of her family to partake of a sit down eat-in

meal on said premises and purchased from Defendant, and by engaging in activities consistent

with such, a relationship was established as customer and proprietor between the Plaintiff and the

Defendant.

9.   Defendant expressly or impliedly undertook as a material part of that relationship to

provide reasonably safe premises for the purposes intended and used as a part of its contractual

relationship with Plaintiff.

10.   On said occasion made the basis of this lawsuit, Defendant breached its express or

implied contract with Plaintiff by allowing a liquid substance to accumulate and remain on a

floor in a public area such that it could, and did, cause Plaintiff to fall and injure her person.

11.   As a direct and natural consequence of Defendant's breach of its express or implied

contract, Plaintiff, CORA MARSHALL, was injured as set out in Paragraph 4 hereinabove.

## COUNT FOUR
## FICTITIOUS PARTIES

12. The Plaintiff re-alleges and incorporates by reference Paragraphs 1-11 as if fully set

out in specific detail herein below.

13. Fictitious Defendants No. 1, No. 2 and No. 3 are the owners, lessors and lessees of the above described premises.  Fictitious Defendant No. 4 is the entity or entities which provided cleaning, upkeep and/or maintenance of the business premises. Fictitious Defendants No. 5 and No. 6 are the entities which have any interest or control in the above-described business premises.  Fictitious Defendant No. 7 is the entity or entities which were doing business as CARRABBA'S ITALIAN GRILL located at 2801 Memorial Pkwy SW, Huntsville, Alabama. Fictitious Defendant No. 8 is the entity or entities which negligently or wantonly caused injury to the Plaintiff on or about January 17, 2016.  Fictitious Defendant No. 9 is the entity or entities who or which breached an implied or express contract with the Plaintiff. Plaintiff avers that one or all of these Defendants negligently or wantonly caused or allowed Plaintiff to be injured on the above date.  Plaintiff avers that the identity of these fictitious Defendants is otherwise unknown to Plaintiff at this time, but their true names will be substituted by amendment when the aforesaid lacking knowledge is ascertained.

WHEREFORE PREMISES CONSIDERED, Plaintiff, CORA MARSHALL, demands judgment against the Defendants, jointly and severally, in such amounts as a jury shall award, including compensatory and punitive damages, interest and costs, and such equitable and further relief to which she is entitled.

s/Michael E. Auffenorde
MICHAEL E. AUFFENORDE
Attorney for Plaintiff

**PLAINTIFF HEREBY DEMANDS A TRIAL BY STRUCK JURY IN THIS CASE.**

s/Michael E. Auffenorde
MICHAEL E. AUFFENORDE

Of Counsel:
**MICHAEL E. AUFFENORDE, P.C.**
2409 Commerce Court, Suite B
Huntsville, Alabama 35801
(256) 533-5383
(256) 533-4833 facsimile
aalaw@bellsouth.net


PLAINTIFF'S ADDRESS:

CORA MARSHALL
c/o Michael E. Auffenorde
MICHAEL E. AUFFENORDE, P.C.
2409 Commerce Court, Suite B
Huntsville, Alabama 35801


DEFENDANT'S ADDRESS:

CARRABBA'S ITALIAN GRILL, LLC
c/o CT Corporation System
2 N Jackson St, Ste 605
Montgomery, AL 36104

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>47-CV-2017-901159.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA
### CORA MARSHALL V. CARRABBA'S ITALIAN GRILL, LLC

NOTICE TO: CARRABBA'S ITALIAN GRILL, LLC, CORPORATE CREATIONS NETWO 6 OFFICE PARK CIRCLE #100, MOUNTAIN BROOK, AL 35223

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), MICHAEL E AUFFENORDE                                                                                              ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 2409 COMMERCE COURT, SUITE B, HUNTSVILLE, AL 35801                          .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of MARSHALL CORA pursuant to the Alabama Rules of the Civil Procedure.

*(Name(s))*

| 8/3/2017 3:14:41 PM | /s/ DEBRA KIZER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ MICHAEL E AUFFENORDE

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on                                                        .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____ .

*(Date)*

_____          _____

*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

_____          _____

*(Server's Printed Name)*          *(Phone Number of Server)*



AlaFile E-Notice

47-CV-2017-901159.00

To:  MICHAEL E AUFFENORDE
     aalaw@bellsouth.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

CORA MARSHALL V. CARRABBA'S ITALIAN GRILL, LLC
47-CV-2017-901159.00

The following alias summons was FILED on 8/3/2017 3:14:41 PM

Notice Date:     8/3/2017 3:14:41 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2017-901159.00

To:  CARRABBA'S ITALIAN GRILL, LLC
CORPORATE CREATIONS NETWO
6 OFFICE PARK CIRCLE #100
MOUNTAIN BROOK, AL, 35223

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

CORA MARSHALL V. CARRABBA'S ITALIAN GRILL, LLC
47-CV-2017-901159.00

The following alias summons was FILED on 8/3/2017 3:14:41 PM

Notice Date:      8/3/2017 3:14:41 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390